# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0333

VERSUS

TRESSIE LUCINDA NEWBERRY                              **JULY 18, 2022**

---

In Re:   Tressie Lucinda Newberry, applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 09-13-0206.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.** This action does not preclude relator from
filing an application for postconviction relief alleging the
ground of factual innocence. See La. Code Crim. P. art. 926.2.

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT